IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DOROTHY GRIFFIS, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:05-CV-48 (HL) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | : |
| Defendant | : |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 24) filed August 28, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the plaintiff to the Magistrate Judge's Recommendation (Doc. 28-1) filed September 11, 2006 have also been read and thoroughly considered and are found to be without merit.

**SO ORDERED,** this the 15th day of September, 2006.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court